1  Robert F. McCauley (SBN: 162056)
   robert.mccauley@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666
5
   Frank A. DeCosta III (*pro hace vice*)
6  frank.decosta@finnegan.com
   Aliza A. (George) Carrano (*pro hac vice*)
7  aliza.carrano@finnegan.com
   Daniel G. Chung (*pro hac vice*)
8  daniel.chung@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
10 901 New York Avenue, NW
   Washington, DC 20001-4413
11 Telephone:  (202) 408-4000
   Facsimile:   (202) 408-4400
12
13 Attorneys for Defendant
   Philips Electronics North America Corporation

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX  75231
Telephone:  (972) 331-4600
Facsimile:   (972) 314-0900

Attorneys for Plaintiff
Bluestone Innovations LLC

14

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

20 BLUESTONE INNOVATIONS LLC,                    CASE NO. 3:15-cv-05485-SI

21              Plaintiff,                       **STIPULATION TO EXTEND DATES
                                                 FOR PARTIES' PATENT
22          v.                                   CONTENTIONS; [~~PROPOSED~~]
                                                 ORDER**
23 PHILIPS ELECTRONICS NORTH AMERICA
   CORP.,
24
25              Defendant.

26

27

28

                                  1

1     Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Philips Electronics North

2  America Corporation ("Philips"), through their respective counsel of record, have stipulated to and

3  request extensions of time to serve their respective contentions under the Patent Local Rules, as

4  explained below.

5     Bluestone previously requested as a courtesy to counsel a two-week extension of time until

6  July 5, 2016 to serve its claim charts supporting its Infringement Contentions under Patent L.R. 3-1

7  and 3-2.  Philips agreed provided that Bluestone agreed to serve upon Philips a final list of the

8  Philips products that Bluestone accuses of infringement by June 23, 2016, and that Philips would

9  have until September 7, 2016 to serve its Invalidity Contentions under Patent L.R. 3-3 and 3-4 (in

10  view of summer vacations and the Labor Day holiday on September 5), and Bluestone agreed.  The

11  parties' stipulation does not affect any other dates in the Court's scheduling order (Dkt. 40),

12  including the date to file a Joint Claim Construction and Prehearing Statement (October 27, 2016) or

13  subsequent dates in the Court's claim construction schedule (i.e., the stipulation does not affect the

14  dates for claim construction briefing, the tutorial, or the claim construction hearing).

15     Accordingly, the parties respectfully request an Order extending their respective contention

16  dates as explained above.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND CONTENTION DATES
Case No. 3:15-cv-05485-SI

1    Dated: August 1, 2016                     FINNEGAN, HENDERSON, FARABOW,
                                                 GARRETT & DUNNER, LLP
2

3

4                                             By: */s/ Robert F. McCauley*
                                                 Robert F. McCauley
5
                                                 *Attorneys for Defendant*
6                                                *Philips Electronics North America Corporation*

7    Dated: August 1, 2016                     Nɪ, Wᴀɴɢ & Mᴀssᴀɴᴅ, PLLC

8

9

10                                            By: */s/ Hao Ni*
                                                 Hao Ni
11
                                                 *Attorneys for Plaintiff*
12                                               *Bluestone Innovations LLC*

13                                  **ATTESTATION**

14
          I, Robert F. McCauley, hereby attest that counsel for Plaintiff concurs in the filing of this
15
     document.
16

17   Dated:  August 1,2016
                                               FINNEGAN, HENDERSON, FARABOW,
18                                               GARRETT & DUNNER, LLP

19

20                                            By: */s/ Robert F. McCauley*
                                                 Robert F. McCauley
21
                                                 *Attorneys for Defendant*
22                                               *Philips Electronics North America Corporation*

23

24

25

26

27

28

                                              3          STIPULATION TO EXTEND CONTENTION DATES
                                                                   Case No. 3:15-cv-05485-SI

1                               **~~PROPOSED~~ ORDER**

2              PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4      Dated: _____8/2/16_____          _____
                                                     SUSAN ILLSTON
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           4            STIPULATION TO EXTEND CONTENTION DATES
                                                              Case No. 3:15-cv-05485-SI