MAYER BROWN LLP
EDWARD D. JOHNSON (SBN 189745)
wjohnson@mayerbrown.com
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
GRAHAM (GRAY) M. BUCCIGROSS (SBN 234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

Attorneys for Intervenor-Defendant
LUMILEDS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>PHILIPS LIGHTING NORTH AMERICA CORP.,<br><br>            Defendant.<br><br>      and<br><br>LUMILEDS LLC,<br><br>            Proposed Intervenor-Defendant. | CASE NO.  3:15-cv-05485 SI<br><br>**JOINT STIPULATION FOR INTERVENTION AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 24 |

1  Pursuant to point 4 of Judge Hamilton's April 21, 2016 Order (Dkt. No. 31), Bluestone
2  Innovations LLC ("Bluestone") and Lumileds LLC ("Lumileds"), by and through their
3  undersigned counsel, hereby stipulate to allow Lumileds to intervene as a defendant pursuant to
4  Rule 24 of the Federal Rules of Civil Procedure.

5  Bluestone and Lumileds agree that Lumileds satisfies the criteria of Rule 24(a) and/or (b)
6  of the Federal Rules of Civil Procedure because:  (1) intervention is timely as discovery is in its
7  nascent stages and none of the parties will be prejudiced by Lumileds' intervention at this point in
8  the litigation; (2) Lumileds has a significant protectable interest in that it supplies products to a
9  number of real parties in interest in this and a related litigation (Case No. 3:15-cv-05482 SI),
10 including Philips Lighting North America Corporation and IKEA North America Services, LLC,
11 that are the subjects these litigations; (3) the result of this lawsuit may impair Lumileds' interests;
12 (4) existing parties do not adequately represent Lumileds' interests; and (5) Lumileds has a claim
13 or defense that shares with the main action a common question of law or fact.  Bluestone and
14 Lumileds have conferred with Philips Lighting North America Corporation, which does not oppose
15 Lumileds intervening in this litigation.

16 Lumileds shall file its Answer and Affirmative Defenses in response to Plaintiff's
17 Complaint concurrently with the filing of this Stipulation and [Proposed] Order.

19 Dated:  August 18, 2016          Respectfully submitted,

20                                  MAYER BROWN LLP

21                                   /s/ Edward D. Johnson
                                    Edward D. Johnson
22

23                                  Attorneys for Proposed Intervenor-Defendant
24                                  LUMILEDS LLC

25 Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this
26 document has been obtained from the signatory below.

1
2           */s/ Hao Ni*
         Hao Ni
3
         Attorney for Plaintiff
4           BLUESTONE INNOVATIONS LLC

5
6
7
8
9
10
                                                      **ORDER**
11
             **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13  Dated: __8/19__, 2016
14                                             Hon. Susan Illston
                                           Senior United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                                         2