Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

***Attorneys for Plaintiff***
***Bluestone Innovations LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC,** | Case No. 3:15-cv-05485-SI |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF AN ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **PHILIPS ELECTRONICS NORTH AMERICA CORPORATION.,** | |
| Defendant | |

**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE
STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bluestone Innovations LLC's ("Bluestone") Complaint [Dkt. 1] alleged patent in-fringement against Defendant Philips Electronics North America Corporation ("Philips"). Philips' Answer to the Complaint denied Bluestone's allegation of patent infringement and as-serted affirmative defenses but did not raise any counterclaims.  Dkt. 28.

Pursuant to Fed. R. Civ. P. 41(a), Bluestone and Philips by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

All of Bluestone's claims against Philips and this legal action are dismissed with preju-dice.

Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

The parties respectfully request that the Court an Order adopting this Stipulation of Dis-missal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

Dated:  November 30, 2016

**NI, WANG & MASSAND, PLLC**

By: /s/ *Hao Ni*___
Hao Ni

*Attorney for Plaintiff Bluestone
Innovations LLC*

Dated:  November 30, 2016

**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**

By: /s/ *Robert F. McCauley*
Robert F. McCauley

*Attorneys for Defendant
Philips Electronics North America
Corporation*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the fil-ing of this document has been obtained.

-2-

Dated:  November 30, 2016

*/s/ Hao Ni*
Hao Ni

Joint Motion for Entry of an Order Reflecting the Stipulation of Dismissal with Prejudice
CASE NO. 3:15-cv-05485-SI

1
2

## <u>ORDER OF DISMISSAL</u>

3
4

      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and

5

Defendant Philips Electronics North America Corporation ("Philips"), the parties to this legal ac-

6

tion, by and through their attorneys, jointly moved for an order approving their stipulation.  After

7

consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

8

      1.     Bluestone's claims against Philips and this legal action are dismissed with preju-

9

dice; and

10
11

      2.     Each party is to bear its own costs and attorneys' fees with respect to this legal ac-

12

tion and the entry of this Stipulation and Order of Dismissal with Prejudice.

13
14

      Signed this <u>5th</u> day of December, 2016.

15
16

                        _____

17

                        United States District Court Judge

18
19
20
21
22
23
24
25
26
27
28